UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kathryn S. Buck, | ) | |
| Plaintiff, | ) | CASE NO. 5:99CV00094 |
| vs. | ) | JUDGE DAN A. POLSTER |
| Anthony Frank, | ) | **STIPULATED DISMISSAL ENTRY** |
| Defendant. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is hereby settled and dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

IT IS SO ORDERED.

_____
Dan Aaron Polster
U.S. District Judge